# United States Court of Appeals
## For the First Circuit

---

No. 01-1258

COUNTY MOTORS, INC.,

Plaintiff, Appellant,

v.

GENERAL MOTORS CORPORATION,

Defendant, Appellee.

---

ERRATA SHEET

The opinion of this Court issued on February 1, 2002, is amended as follows:

On page 5, line 1: "further" should be changed to "farther".